UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TERRANCE PRUDE and SCOTTIE
BALDWIN,

        Plaintiffs,

vs.

Case No. 13-C-718-bbc

MILWAUKEE COUNTY and DAVID A.
CLARKE, JR.,

        Defendants.

---

**ORDER TO TRANSFER VENUE OF THIS CASE TO THE FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION**

---

Pursuant to a stipulation of the parties and 28 U.S.C. Sec. 1404,

IT IS HEREBY ORDERED THAT:

The venue of this case is hereby transferred from the United States District Court, Western District of Wisconsin, to the United States District Court in the Eastern District of Wisconsin, Milwaukee Division.

Dated this 17th day July, 2014.

                                            Hon. Barbara Crabb